1

2

3

4

5                 UNITED STATES DISTRICT COURT

6                 EASTERN DISTRICT OF WASHINGTON

7    BETTY ANN GAMBLE,

8                      Plaintiff,              NO:  13-CV-0263-TOR

9         v.                                   ORDER DISMISSING CLAIMS
                                               AGAINST DEFENDANT EQUIFAX
10   U.S. BANK, N.A., et al.,                  INFORMATION SERVICES, LLC,
                                               WITH PREJUDICE
11                      Defendants.

12       BEFORE THE COURT is the parties' Stipulated Motion to Dismiss

13   Defendant Equifax Information Services, LLC (ECF No. 14).  Pursuant to the

14   parties' stipulation, the Court will dismiss all claims and causes of action against

15   Defendant Equifax Information Services, LLC with prejudice and without costs or

16   attorney's fees to either party.  Fed. R. Civ. P. 41(a)(1)(A)(ii).  Plaintiff's claims

17   against all other Defendants remain pending.

18   //

19   //

20   //

ORDER DISMISSING CLAIMS AGAINST DEFENDANT EQUIFAX
INFORMATION SERVICES, LLC WITH PREJUDICE ~ 1

**IT IS HEREBY ORDERED**:

The parties' Stipulated Motion to Dismiss Defendant Equifax Information Services, LLC (ECF No. 14) is **GRANTED**.  Pursuant to the parties' stipulation, all claims and causes of action against Defendant Equifax Information Services, LLC are **DISMISSED** with prejudice and without costs or fees to any party. Plaintiff's claims against all other Defendants remain pending.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **TERMINATE** Defendant Equifax Information Services, LLC.

**DATED** October 3, 2013.



THOMAS O. RICE
United States District Judge