UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BETTY ANN GAMBLE,<br><br>                    Plaintiff,<br><br>     v.<br><br>U.S. BANK, N.A., et al.,<br><br>                    Defendants. | NO:  13-CV-0263-TOR<br><br>ORDER DISMISSING CLAIMS AGAINST DEFENDANT U.S. BANK |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss Defendant U.S. Bank, N.A., a/k/a Cardmember Services, LLC (ECF No. 25). Pursuant to the parties' stipulation, the Court will dismiss all claims and causes of action against Defendant U.S. Bank with prejudice and without costs or attorney's fees to either party.  Fed. R. Civ. P. 41(a)(1)(A)(ii).

//

//

//

ORDER DISMISSING CLAIMS AGAINST DEFENDANT U.S. BANK ~ 1

**IT IS HEREBY ORDERED:**

The parties' Stipulated Motion to Dismiss Defendant U.S. Bank (ECF No. 25) is **GRANTED**. Pursuant to the parties' stipulation, all claims and causes of action against Defendant U.S. Bank are **DISMISSED** with prejudice and without costs or fees to any party.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** December 18, 2013.



THOMAS O. RICE
United States District Judge

ORDER DISMISSING CLAIMS AGAINST DEFENDANT U.S. BANK ~ 2